McGREGOR W. SCOTT
United States Attorney
GARY M. LEUIS
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-po-00011-SAB |
|---|---|
| Plaintiff, | [Citation #7476823] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| IVETTE PEREZ | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Gary M. Leuis, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:19-po-00011-SAB [Citation #7476823] against IVETTE PEREZ, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: March 12, 2019                    Respectfully submitted,

                                         McGREGOR W. SCOTT
                                         United States Attorney

                                By:      /s/ Gary M. Leuis
                                         GARY M. LEUIS
                                         Special Assistant United States Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case Number 1:19-po-00011-SAB [Citation #7476823] against IVETTE PEREZ be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __**March 13, 2019**__

UNITED STATES MAGISTRATE JUDGE